IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.   07-cv-00215-WDM-KLM

HIRBO HIRBO,

    Plaintiff(s),

v.

ALBERTO GONZALEZ, et al.,

    Defendant(s).

_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

This matter is before me upon the defendants' Motion to Dismiss Complaint with Prejudice because the plaintiff was in fact naturalized on July 18, 2007. Defendants represent and plaintiff agrees that the matter should be dismissed with prejudice.

Accordingly, it is ordered that this matter should be dismissed with prejudice, with each party to bear its own costs and fees.

DATED at Denver, Colorado on August 7, 2007

                        BY THE COURT:

                        s/ Walker D. Miller
                        United States District Judge